**Order entered November 30, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01425-CV
No. 05-18-01426-CV
No. 05-18-01427-CV

**IN RE STEVE F. SMILEY, Relator**

**Original Proceeding from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F08-52454-H, F08-51675-H(A), and F08-51676-H(A)**

## ORDER
Before Justices Bridges, Brown, and Boatright

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus for want of jurisdiction.

/s/    JASON BOATRIGHT
       JUSTICE